STATE v. WILLIE CHERRY.

(Filed 17 September, 1947.)

**Criminal Law § 80b (4)—**

Where defendant gives notice of appeal but fails to make out or serve case on appeal within the time allowed or take any action toward perfecting the appeal, the motion of the Attorney-General to docket and dismiss will be allowed, but where defendant has been convicted of a capital felony this will be done only after an inspection of the record proper fails to disclose error.

APPEAL from *Burgwyn, Special Judge,* at Special Term, June, 1947, of NORTHAMPTON.

*Attorney-General McMullan and Assistant Attorney-General Moody for the State.*

*E. N. Riddle for defendant.*

PER CURIAM. The defendant was convicted of burglary in the first degree. Sentence of death by asphyxiation was imposed. Defendant gave notice of appeal. No case on appeal was served within the time allowed by the court below, and the attorney for the defendant has notified this Court that the appeal will not be perfected.

The Attorney-General moves to docket and dismiss the appeal. This motion must be allowed, but, according to the usual rule of the Court in capital cases, we have examined the record to see if any error appears. We find no error therein. *S. v. Watson,* 208 N. C., 70, 179 S. E., 455.

Judgment affirmed; appeal dismissed.